IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DELOIS EDMONDSON,** | : | |
| **Plaintiff,** | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil No.: S-02-2803 |
| **POSTMASTER GENERAL,** | | |
| **U.S. POSTAL SERVICE,** | : | |
| **Defendant.** | : | |

...oOo...

## NOTICE OF APPEARANCE

TO THE CLERK:

Please ENTER the appearance of John W. Sippel, Jr., Assistant United States Attorney, as counsel for Defendant United States of America, and STRIKE the appearance of Jamie M. Bennett, Assistant United States Attorney.

                                                Respectfully submitted,

                                                Thomas M. DiBiagio
                                                United States Attorney

                                       By:_____/s/_____
                                                John W. Sippel, Jr.
                                                Assistant United States Attorney
                                                Bar No. 25484
                                                6625 United States Courthouse
                                                101 West Lombard Street
                                                Baltimore, Maryland 21201
                                                Tel.:    (410) 209-4807
                                                Fax:    (410) 962-2310