IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DELOIS EDMONDSON,** | : | |
| **Plaintiff,** | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil No.: S-02-2803 |
| **POSTMASTER GENERAL,** | | |
| **U.S. POSTAL SERVICE,** | : | |
| **Defendant.** | : | |

...oOo...

## ORDER

Upon consideration of the Parties' Joint Motion to Amend Scheduling Order, it is this _____ day of _____, 2003,

ORDERED that the Joint Motion to Amend Scheduling Order is GRANTED. An amended Scheduling Order will follow.

_____
Frederic N. Smalkin
United States District Judge