**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DELOIS EDMONDSON,** | : | |
| **Plaintiff,** | : | |
| **v.** | | |
| | : | |
| **JOHN E. POTTER,** | : | **Civil No.: S-02-2803** |
| **POSTMASTER GENERAL,** | | |
| **U.S. POSTAL SERVICE,** | : | |
| **Defendant.** | : | |

...oOo...

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of April, 2003, a copy of Notice of Appearance and Joint Motion to Amend Scheduling Order, which were electronically filed on April 1, 2003, were mailed via first class mail, postage pre-paid, to: Morris Fischer, Snider & Fischer, LLP, 104 Church Lane, Baltimore, Maryland 21208.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By:_____/s/_____
John W. Sippel, Jr.
Assistant United States Attorney
Bar No. 25484
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
Tel.:      (410) 209-4807
Fax:      (410) 962-2310