## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DELOIS EDMONDSON,**

       Plaintiff,

   v.

**JOHN E. POTTER,**                     **Civil No.: S-02-2803**
**POSTMASTER GENERAL,**
**U.S. POSTAL SERVICE,**

       Defendant.

...oOo...

## ORDER

Upon consideration of the Parties' Joint Motion to Amend Scheduling Order, it is this

<u>1st</u>  day of  <u>April</u>      , 2003,

    ORDERED that the Joint Motion to Amend Scheduling Order is GRANTED. An

amended Scheduling Order  **follows:**

```
Discovery deadline & status report due...June 11, 2003
Motions deadline.........................July 11, 2003
Pretrial conference to be reset after ruling on motions,
if necessary.
```

                            **/s/ William D. Quarles**
                            **United States District Judge**