IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DELOIS EDMONDSON, | : | |
|     Plaintiff, | : | |
| v. | : | |
| JOHN E. POTTER, | : | Civil No.: WDQ-02-2803 |
|  POSTMASTER GENERAL, | | |
| U.S. POSTAL SERVICE, | : | |
|     Defendant. | : | |

...oOo...

## CONSENT PROTECTIVE ORDER PERMITTING DISCLOSURE AND USE OF DOCUMENTS PROTECTED BY THE PRIVACY ACT

BEFORE THIS COURT come the Plaintiff, Delois Edmondson, and Defendant, John E. Potter, Postmaster General of the United States Postal Service, by and through their undersigned counsel, having considered the Defendant's request for a Protective Order regarding certain records requested in Plaintiff's discovery requests which are protected by the Privacy Act of 1974, 5 U.S.C. §552a, agree to entry of this Order in this case, provided that neither consent to this Order, nor production of documents or information subject to this Order, shall be deemed a waiver of any objection to use of such documents or information as evidence in this case.

Pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure, it is hereby:

ORDERED that the Defendant may disclose information contained in certain records of the United States Postal Service, including **_certain personnel documents regarding S. Brooks and R. Kornegay, employees of the United States Postal Service; certain personnel documents of other United States Postal Service employees_**; and it is further,

ORDERED that government witnesses may testify about the above-identified matters; and it is further,

ORDERED that the parties to this case keep such information strictly confidential and employ such information only in the context of discovery and dispositive motions - except at trial of this action or in court filings in this action which are made under seal in accordance with Local Rule 105.11; and it is further,

ORDERED, that any information filed or served which is subject to this Protective Order shall be clearly marked, and shall be destroyed or returned to counsel by the Clerk of Court at the end of the litigation.

*It is so AGREED:*

_____
Morris E. Fischer, Esquire
Snider & Fischer, L.L.P.
104 Church Lane, Room 201
Baltimore, Maryland 21208
(410) 653-9060

Attorney for Plaintiff

_____
John W. Sippel, Jr.
Assistant United States Attorney
6625 United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4807

Attorney for Defendant

**SO ORDERED:**

_____
Date

_____
The Honorable William D. Quarles
United States District Judge