**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DELOIS EDMONDSON,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **JOHN E. POTTER,** | : | **Civil No.: WDQ-02-2803** |
| **POSTMASTER GENERAL,** | | |
| **U.S. POSTAL SERVICE,** | : | |
| **Defendant.** | : | |

**...oOo...**

### JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff and Defendant, through their respective counsel, hereby file this Joint Motion to Amend Scheduling Order, and for good cause state as follows:

1.  This is an employment discrimination case arising out of allegations of, among other things, failure to grant reasonable accommodation, hostile work environment, and retaliation.

2.  The current Scheduling Order designates a discovery cut-off date of June 11, 2003 and a motions deadline of July 11, 2003.

3.  The parties have completed written discovery. Plaintiff's deposition was completed on May 29, and the depositions of two U.S. Postal Service employees are noted for Thursday, June 12 - one day after the discovery deadline (this is the first date in June that the Postal Service employees were available) . During Plaintiff's deposition, Plaintiff identified numerous witnesses who were not previous identified in Plaintiff's written discovery responses. As a result of Plaintiff's disclosure of additional witnesses, it may be necessary for counsel to take the depositions of the recently identified witnesses.

4.   Counsel for both parties agree that the Scheduling Order should be extended by thirty days (30) days.  The parties anticipate that a thirty (30) day extension will be adequate to allow the parties to complete all depositions.

5.   For the reasons set forth above, the parties have consented to amending the Scheduling Order by extending the dates set forth therein by thirty (30) days.

6.   An amendment to the Scheduling Order will not cause unnecessary delay or affect judicial economy, and the interests of the parties and the Court in this regard will best be served if the Scheduling Order is amended as requested.

7.   Should the Court for any reason deny this motion, it is further requested that the June 12, 2003 depositions be permitted to go forward as scheduled.

WHEREFORE, the parties respectfully request that this Court grant the foregoing Joint Motion to Amend Scheduling Order, that it enter an appropriate Order ratifying the parties' proposed Scheduling Order, and that it provide the parties with any additional relief that it deems just and appropriate.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney


By:_____/s/_____
        John W. Sippel, Jr.
        Assistant United States Attorney
        Bar No.: 25484
        6625 United States Courthouse
        101 West Lombard Street
        Baltimore, Maryland 21201-2692
        (410) 209-4807

        Attorney for Defendant


_____/s/_____
        Morris Fischer
        Bar No.: 26286
        Snider & Fischer, LLP
        104 Church Lane
        Baltimore, Maryland 21208
        (410) 653-9060

        Attorney for Plaintiff

3