UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| DELOIS EDMONSON <br><br> Plaintiff, <br><br> v. <br><br> JACK POTTER, <br> POSTMASTER GENERAL <br> United States Postal Service <br><br> Defendant, | Civil Action No. S-02-2803 |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION

It is hereby agreed by and between the parties that Plaintiff withdraws the following claims prior to Summary Judgment.

    A.    Parargaph #2 of the Amended Complaint makes reference to 42 U.S.C. Sec. 1981, 1983, 1985 and 1986. Plaintiff withdraws any claim with reference to these statutes, with respect to race, color and gender.

    B.    State common law and Article 49B, Sec. 14 of the Maryland Code.

| | |
|---|---|
| *John Sippel/MF* (signature) | *M. E. Fischer* (signature) |
| **John W. Sippel, Jr.** | **Snider & Fischer, LLC** |
| Assistant United States Attorney | Morris E. Fischer, Esq. |
| Federal Bar No. 25484 | MD: Bar No. 26286 |
| 604 United States Courthouse | 104 Church Lane |
| 101 W. Lombard Street | Baltimore, Maryland 21208 |
| Baltimore, MD 21201 | Attorneys for Plaintiff |
| (410) 209- 4800 | 410-653-9060 phone |
| (410) 962-2310 fax | 410-653-9061 fax |
| Attorney for Defendant | Attorney for Plaintiff |