## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DELOIS EDMONDSON,** | : |
| **Plaintiff,** | : |
| v. | |
| | : |
| **JOHN E. POTTER,** | :   Civil No.: WDQ-02-2803 |
| **POSTMASTER GENERAL,** | |
| **U.S. POSTAL SERVICE,** | : |
| **Defendant.** | : |

...oOo...

### DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

John E. Potter, Postmaster General of the United States Postal Service, defendant herein, by his attorneys, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and John W. Sippel, Jr., Assistant United States Attorney for said District, hereby moves to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, for summary judgment in his favor pursuant to Fed. R. Civ. P. 56. For the reasons set forth more fully in Defendant's Memorandum in Support of this Motion, Plaintiff's Complaint must be dismissed, as Plaintiff has failed to state a timely claim upon which relief can be granted. Alternatively, there is no dispute as to any genuine fact and judgment must be entered in favor of Defendant.

          Respectfully submitted,

          Thomas M. DiBiagio
          United States Attorney


By:_____/s/_____
          John W. Sippel, Jr.
          Assistant United States Attorney
          Federal Bar No. 25484
          604 United States Courthouse
          101 West Lombard Street
          Baltimore, Maryland 21201-2692
          (410) 209-4807
          (410) 962-2310 facsimile

          Attorney for Defendant, John E. Potter,
          Postmaster General of the United States
          Postal Service

OF COUNSEL:

H. Alexander Manuel
United States Postal Service
Capital Metro Law Department
400 Virginia Avenue, S.W., Suite 650
Washington, D.C. 20024-2730