IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DELOIS EDMONDSON,** | : |
| **Plaintiff,** | : |
| v. | |
| | : |
| **JOHN E. POTTER,** | :   Civil No.: WDQ-02-2803 |
| **POSTMASTER GENERAL,** | |
| **U.S. POSTAL SERVICE,** | : |
| **Defendant.** | : |

...oOo...

## ORDER

Upon consideration of Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment, any opposition filed thereto, and any oral argument held thereon, it is the _____ day of _____, 2003

ORDERED that Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment is GRANTED; and it is further

ORDERED that this case is dismissed with prejudice; and it is further

ORDERED that the CLERK close this case and send copies of this ORDER to the parties and/or their counsel.

_____
The Honorable William D. Quarles
United States District Judge