## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DELOIS EDMONDSON,** | : |
| **Plaintiff,** | : |
| v. | |
| | : |
| **JOHN E. POTTER,** | :  Civil No.: WDQ-02-2803 |
| **POSTMASTER GENERAL,** | |
| **U.S. POSTAL SERVICE,** | : |
| **Defendant.** | : |

...oOo...

## INDEX TO EXHIBITS

| | |
|---|---|
| Exhibit 1 | PS Form 50 |
| Exhibit 2 | Deposition of Delois Edmondson |
| Exhibit 3 | Report of Investigation |
| Exhibit 4 | Deposition of Vincent Jackson |
| Exhibit 5 | Deposition of Gregory Incontro |
| Exhibit 6 | June 28, 2001 EEOC Order of Dismissal |
| Exhibit 7 | September 27, 2001 Complaint for Employment Discrimination |
| Exhibit 8 | February 20, 2002 Order of the United States District Court for the District of Maryland |
| Exhibit 9 | July 23, 2002 Opinion of the United States Court of Appeals for the Fourth Circuit |