| | | | | |
|---|---|---|---|---|
| 01 Effective Date | 06-15-1996 | NOTIFICATION of PERSONNEL ACTION | 02 Social Security Number | 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 |

U. S. Postal Service

**EMPLOYEE INFORMATION**

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 03 | Employee Name-Last | EDMONDSON | 39 | FLSA Status | N - NON-EXEMPT |
| 04 | Employee Name-First | DELOIS | 40 | Pay Location | 340 |
| 05 | Employee Name-Middle | | 41 | Rural Carrier-Route | |
| 06 | Mailing Address Street/Box/Apts | 5733 THE ALAMEDA | 42 | Rural Carr-L-Rte ID | |
| | | | 43 | Rural Carr-Pay Type | |
| 07 | Mailing Address-City | BALTIMORE | 44 | Rural Carr-Tri-Weekly | |
| 08 | Mailing Address-State | MD | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address-Zip+4 | 21239-2502 | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | 03-22-1953 | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 - NO PREFERENCE | 48 | Rural Carr-Hours | 00 |
| 12 | Sex | | 49 | Rural Carr-Miles | 000 |
| 13 | Minority | | 50 | Job Sequence | 1 |
| 14 | Disability | | 51 | Occupation Code | 2315-13XX |
| 15 | Leave Comp Date | 01-19-1974 | 52 | Position Title | DIST CLK MACH MPLSM |
| 16 | Enter on Duty Date | 01-19-1974 | 53 | Functional Oper Nbr | 6700 |
| 17 | Retirement- Comp Date | 01-19-1974 | 54 | Designation/Activity | 11/0 |
| 18 | Serv Anniversary PPYR | 21-1971 | 55 | Position Type | 1 - FULL TIME |
| 19 | TSP Eligibility | Y - ELIGIBLE WITH DEDUCT | 56 | Limit Hours | 00 |
| 20 | TSP Service Comp Date | | 57 | Allowance Code | |
| 21 | Prior CSRS Service | | 58 | Employment Type | |
| 22 | Frozen Csrs Time | | **SALARY INFORMATION** | | |
| 23 | Leave Data-Category | 8 - HOURS/PP | 59 | Pay Rate Code | A - ANNUAL RATE |
| 24 | Leave Data-Chg PPYR | | 60 | Rate Schedule Code | P - PS |
| 25 | Leave Data-Type | 1 - ADVANCED AT BEGINNING | 61 | Grade/Step | 06/ 0 |
| 26 | Credit Military Serv | | 62 | Base Salary | 37,104 |
| 27 | Retired Military | | 63 | Cola | |
| 28 | Retirement Plan | 1 - CSRS | 64 | Cola Roll-In Ind | |
| 29 | Employee Status | RD - REINS COMP CURNT EMP | 65 | Next Step PPYR | |
| 30 | Life Insurance | D0 - Basic + Option A | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | |
| **POSITION INFORMATION** | | | 68 | Special Salary Code | |
| 32 | Employ Office-Fin No | 23-0379 | 69 | Protected RSC | |
| 33 | Employ Office-Name | BALTIMORE PROC/DIST CTR | 70 | Protected Grade/Step | |
| | | | 71 | Expiration PP/YR | |
| 34 | Employ Office-Address | BALTIMORE MD 21233-9994 | 72 | Protected RC Hours | |
| | | | 73 | Protected RC Miles | |
| 35 | Duty Station-Fin No | 23-0379 | 74 | RC Guaranteed Salary | |
| 36 | Duty-Station-Name | BALTIMORE PROC/DIST CTR | 75 | Annuity Amount | |
| 37 | Appt Expiration Date | | 76 | Red Circle Code | 0 |
| 38 | Probation Expir Date | | | | |

**NATURE OF PERSONNEL ACTION**

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 77 | Nature of Action Code | 002 | 78 | Authority | 39-USC SECT. 1001 |
| 79 | Description | CORRECTION | 80 Code | 81 Code | 82 Code   83 Code |
| 84 | Remarks | | | | |

ACTION TO CORRECT SERVICE HISTORY AND PROVIDE SAVED SALARY IN
ACCORDANCE TO REHAB PROVISIONS
BGS

| | | | | |
|---|---|---|---|---|
| 85 Authorization | ROBERT E. MADDERN, MANAGER METRO AREA OPERATIONS | | 86 Processed Date | 05-14-2001 |
| | | | 87 Personnel Office ID | TB39 |
| | | | 88 OPF Location | BALTIMORE PROC/DIST CTR |

PS Form 50, March 1990 (Exception to Standard Form 50)    2 - OPF COPY

Exhibit 1