## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DELOIS EDMONDSON, | : | |
| **Plaintiff,** | : | |
| v. | : | |
| JOHN E. POTTER, | : | Civil No.: WDQ-02-2803 |
| POSTMASTER GENERAL, | | |
| U.S. POSTAL SERVICE, | : | |
| **Defendant.** | : | |

...oOo...

### NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits 2, 3 and 4, which are attachments to Defendant's Memorandum in Support of Motion to Dismiss or, in the alternative, for Summary Judgment, exist only in paper format and if scanned each will be larger than 1.5 MB. Exhibits 2, 3 and 4 will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

Date: <u>August 11, 2003</u>                    By:_____/s/_____
                                                John W. Sippel, Jr.
                                                Assistant United States Attorney
                                                Federal Bar No. 25484
                                                6625 United States Courthouse
                                                101 West Lombard Street
                                                Baltimore, Maryland 21201
                                                (410) 209-4807
                                                (410) 962-2310 facsimile