

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
10 South Howard Street, Suite 3000
BALTIMORE, MD 21201

RECEIVED
JUN 2 7 2001

| | |
|---|---|
| DELOIS EDMONDSON ) | DATE: June 25, 2001 |
| COMPLAINANT ) | EEOC NO. |
| ) | 120-A0-4017X |
| v. ) | |
| WILLIAM J. HENDERSON ) | AGENCY NO. |
| POSTMASTER GENERAL ) | 1K-211-0162-99 |
| UNITED STATES POSTAL SERVICE ) | |
| AGENCY ) | |

## ORDER OF DISMISSAL

Per Complainant's request dated May 31st, 2001, Complainant has withdrawn his request for a hearing in order to attempt mediation.

This matter is hereby **DISMISSED WITHOUT PREJUDICE**. Complainant reserves ~~the right to receive a Final Agency Decision and~~ the right to file an appeal to U.S. District Court if the case is not resolved.

It is so ORDERED.

For the Commission:

G. O. Owens
CHARLES G. SHUBOW
Administrative Judge

Exhibit 6