IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 SEP 27 P 12: 06

[ILLEGIBLE OFFICE]
AT BALTIMORE
BY_____DEPUTY

Delois Edmondson
5733 The Alameda
Baltimore, MD. 21239
(Full name and address of the plaintiff)

v.

Jack Potter
Postmaster General
United State Postal service
Agency
(Full name and address of the defendant(s))

Civil Action No. S01 CV 2887
(Leave blank. To be filled in by Court.)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff is a resident of Baltimore City.
   (Fill in county or city and state of residence)
2. Defendant(s) reside(s) or does business at the following location: 900 E Fayette St Baltimore, Md 21233.

3. This action is brought pursuant to (check all spaces that apply):

   ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My date of birth is:
   _____.

Rev. 6/2000

Exhibit 7

☑   Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐   Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

4.   I am complaining about (check all that apply):

☐   Failure to hire me. I was refused a job on the following date: _____

_____.

☐   Termination of my employment. I was terminated from my employment on the

following date: _____.

☐   Failure to promote me. I was refused a promotion on the following date:

_____.

☐   Other (explain what happened): *When management was unable to place me in a limited duty Job, they being to harass me, they harass me until I was ill*

5.   The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

☑ race   ☑ color   ☐ religion   ☑ sex   ☐ age   ☐ national origin   ☐ disability

6.   The facts of my claim are: *I was removed from my limited duty assignment. None of the white clerks were removed from their limited duty assignment. A white clerk was given a tour change after my requested for a schedule change was deined. We both requested a schedule change for the*

Rev. 6/2000                                    2

same reason. Management harass me in an attempt to force me off limited duty Management made my work days a living hell They was unfair and inconsisting with their laws.

7. The approximate number of people employed by Defendant is: _____.

8. The events I am complaining about took place on the following dates or time period: One year December 1998 to December 1999.

9. I filed charges on the following date: October 12, 2000, with:

☒ Equal Employment Opportunity Commission (EEOC)

☐ Maryland Human Relations Commission

☒ Other (give name of agency and location): U S P  E E O  900 E Fayette St Baltimore, Md 21233.

10. I received a right to sue letter (attach copy) on the following date: June 28, 2001.

WHEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

☐ Injunctive relief (specify what you want the Court to order): PS 6 to be reinstated

☒ Back pay.

☒ Reinstatement to my former position.

Rev. 6/2000                                   3

☑     Monetary damages in the amount of: __200,000—__

☑     Costs and attorneys fees.

☐     Other (specify): _____

__9/26/01__
(Date)

_Delois Edmondson_
(Signature)

Delois Edmondson
5733 the Alamed
Baltimore, Maryland 21239
(410) 435-3017
(Printed name, address and phone number of Plaintiff)

Rev. 6/2000          4