

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DELOIS EDMONDSON** | * | |
| Plaintiff(s) | * | |
| vs. | * | Civil Action No.: S-01-2887 |
| **JACK POTTER, POSTMASTER GENERAL** | * | |
| Defendant(s) | * | |

******

### ORDER

Plaintiff having failed to show good cause as to why service of the summons and complaint has not been made upon defendant within 120 days of the filing of the complaint as required by the prior order of this Court, IT IS, this _20th_ day of February, 2002,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a. The "proofs of service" submitted with Paper No. 7 do not prove service; they merely prove that some item was mailed.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 FEB 20 P 2:29
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

/s/ Frederic N. Smalkin
Frederic N. Smalkin
Chief United States District Judge

U.S. District Court (Rev. 1/2000)

**Exhibit 8**