IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DELOIS EDMONDSON,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil No.: WDQ-02-2803 |
| **POSTMASTER GENERAL,** | | |
| **U.S. POSTAL SERVICE,** | : | |
| Defendant. | : | |

...oOo...

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 11th day of August, 2003, a copy of Defendant's Notice of Filing of Lengthy Exhibits, Notice of Electronic Filing, and a hard copy of Exhibits 2, 3 and 4 to the Memorandum in Support of Defendant's Motion for Summary Judgment were mailed, postage prepaid, to:

> Morris E. Fischer, Esquire
> Snider & Fischer, L.L.C.
> 104 Church Lane
> Baltimore, Maryland 21208

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney


By:_____/s/_____
John W. Sippel, Jr.
Assistant United States Attorney
Federal Bar No.: 25484
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
(410) 209-4807
(410) 962-2310 facsimile

Attorneys for Defendant, John E. Potter,
Postmaster General of the United States
Postal Service