# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DELOIS EDMONDSON, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO. S-02-2803 |
| JOHN E. POTTER, Postmaster General, | : | |
| United States Postal Service, | | |
| Defendant. | : | |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

**NOW,** comes Plaintiff, Delois Edmondson, ("Edmondson"), by and through her attorney, Morris E. Fischer, Esq., Snider & Fischer, L.L.C., with the consent of the Defendant, John E. Potter, Postmaster General, United State Postal Service, ("USPS"), and his counsel, John Sipple, Esq., Assistant United States Attorney, and files her Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment. For cause, Plaintiff states that the parties have amicably agreed to extend Plaintiff's time to respond to Defendant's motion to Monday, September 22, 2003 as additional time is required. The Defendant, by and through the Assistant United States Attorney, has given its consent to the proposed extension of time.

**WHEREFORE,** Plaintiff respectfully requests that she be allowed up to and inclusive of **September 22, 2003,** within which to file her response.

Respectfully submitted,

Morris E. Fischer, Esq.

Snider & Fischer, L.L.C.
Md. Bar No. 26286
104 Church Lane, Suite 201
Baltimore, MD 21208
P: (410) 653-9060
F: (410) 653-9061

**We Consent:**

THOMAS M. DIBIAGIO
UNITED STATES ATTORNEY


John Sipple, Esq.
Assistant U.S. States Attorney
Fed. Bar No. 25484
604 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201-2692
P: (410) 209-4807
F: (410) 962-2310


Of Counsel:
H. Alexander Manuel
United States Postal Service
Capital Metro Law Department
400 Virginia Avenue, S.W., Suite 650
Washington, D.C. 20024-2730

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DELOIS EDMONDSON,                          :

       **Plaintiff,**                   :

    v.                                        :    CIVIL NO. S-02-2803

JOHN E. POTTER, Postmaster General,  :
United States Postal Service,

       **Defendant.**                   :

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Plaintiff, Delois Edmondson, ("Edmondson"), by and through her attorney, Morris E. Fischer, Esq., Snider & Fischer, L.L.C., has submitted with the Court a Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment and files this Memorandum in support thereof. The grounds for Plaintiff's motion are as follows:

1. On August 8, 2003, the parties agreed to extend Plaintiff's time to respond to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment to Monday, September 22, 2003. A copy of the parties Stipulation is attached hereto as Exhibit 1.

2. On August 13, 2003, Plaintiff received a copy of Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment.

3. Plaintiff needs additional time to respond to Defendant's Motion.

4. Defendant and its counsel have given their consent to Plaintiff's Motion.

    For these reasons, Plaintiff has submitted to the Court her Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment along

with this Memorandum.   Plaintiff respectfully requests that the Court grant her Motion and

extend her time to respond to Defendant's Motion to Monday, September 22, 2003.

Respectfully submitted,

Morris E. Fischer, Esq.
Snider & Fischer, L.L.C.
Md. Bar No. 26286
104 Church Lane, Suite 201
Baltimore, MD 21208
P: (410) 653-9060
F: (410) 653-9061

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

DELOIS EDMONSON

Plaintiff,

v.

JACK POTTER,
POSTMASTER GENERAL
United States Postal Service

Defendant,

Civil Action No. S-02-2803

## STIPULATION

It is hereby agreed by and between the parties that Plaintiff's time to respond to

Defendant's Summary Judgment motion shall be extended to Monday, September 22,

2003.

John W. Sippel, Jr.
Assistant United States Attorney
Federal Bar No. 25484
604 United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201
(410) 209- 4800
(410) 962-2310 fax
Attorney for Defendant

Snider & Fischer, LLC
Morris E. Fischer, Esq.
MD: Bar No. 26286
104 Church Lane
Baltimore, Maryland 21208
Attorneys for Plaintiff
410-653-9060 phone
410-653-9061 fax
Attorney for Plaintiff

-1-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DELOIS EDMONDSON,                          :

      Plaintiff,                          :

    v.                          :          CIVIL NO. S-02-2803

JOHN E. POTTER, Postmaster General, :
United States Postal Service,

      Defendant.                          :

## ORDER

Plaintiff, Delois Edmondson, ("Edmondson"), has filed a Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment, and the court has been advised in the premises.

It is this _____ day of _____, 2003, ORDERED that Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment is GRANTED. Plaintiff shall have until September 22, 2003 to file her response papers.

_____
The Honorable William D. Quarles
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DELOIS EDMONDSON,                          :

        Plaintiff,                          :

    v.                                       :      **CIVIL NO. S-02-2803**

JOHN E. POTTER, Postmaster General, :
United States Postal Service,

        Defendant.                          :

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2003 copies of Plaintiff's Motion for Enlargement of Time to

Respond to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment, Memorandum

in support thereof, and Proposed Order, which were electronically filed in this case on August 13, 2003,

was mailed via first class mail, postage prepaid, to:

John Sipple, Esq.
Assistant U.S. States Attorney
Fed. Bar No. 25484
604 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201-2692
P: (410) 209-4807
F: (410) 962-2310

 

                                        _____
                                        Morris E. Fischer, Esq.
                                        Snider & Fischer, L.L.C.
                                        Md. Bar No. 26286
                                        104 Church Lane, Suite 201
                                        Baltimore, MD 21208
                                        P: (410) 653-9060
                                        F: (410) 653-9061