UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| DELOIS EDMONSON | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. WDQ-02-2803 |
| | * |
| JACK POTTER, | * |
| POSTMASTER GENERAL | * |
| United States Postal Service | * |
| | * |
| Defendant, | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**Plaintiff's Opposition to Defendant's Motion for Summary Judgment**

Plaintiff respectfully requests that Defendant's Motion for Summary Judgment be denied and that this matter proceed to a hearing on the merits before a jury of Plaintiff's peers.

A Memorandum in Support of this Opposition, with Exhibits, is attached hereto.

Respectfully Submitted,

_____/s/_____
**Snider & Fischer, LLP.**
Michael J. Snider, Esq.
MD: Bar No. 24695
Morris E. Fischer, Esq.
MD: Bar No. 26286
104 Church Lane, Suite 201
Baltimore, Maryland 21208
410-653-9060 phone
410-653-9061 fax
Attorneys for Plaintiff