IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DELOIS EDMONDSON, | : | |
| Plaintiff, | : | |
| vs. | : | |
| JOHN E. POTTER, | : | Civil No.: WDQ-02-2803 |
| POSTMASTER GENERAL, | : | |
| U.S. POSTAL SERVICE, | : | |
| Defendant. | : | |

. . . o O o . . .

### INDEX TO EXHIBITS

| | |
|---|---|
| Exhibit 1 | October 12, 1998 Letter from Edmondson to Jackson |
| Exhibit 2 | January 3, 1999 Letter from Edmondson to Incontro |
| Exhibit 3 | February 1, 1999 Letter from Edmondson to Incontro |
| Exhibit 4 | July 30, 2000 Affidavit of Vincent Jackson |
| Exhibit 5 | January 25, 2002 Letter from Edmondson to Judge Smalkin |
| Exhibit 6 | January 29, 2002 Letter from US District Court to Edmondson |
| Exhibit 7 | Deposition of Vince Jackson |
| Exhibit 8 | Deposition of Gregory Incontro |
| Exhibit 9 | Affidavit of Delois Edmondson |
| Exhibit 10 | Affidavit of Bernetta Pride |
| Exhibit 11 | Affidavit of Gloria Daniels |