Delois Edmondson
5733 The Alameda
Baltimore, Md. 21239

MDO, Vincent Jackson
MPO, 900 E. Fayettee Street
Baltimore, Maryland 21233

October 12, 1998

Dear Mr. Jackson:

    You recently informed me that I would soon incur a shift change from 7-3:30 a.m. to 4-12:30 a.m. You advised me that the change is necessary for increased production.

    As I indicated to you before, however, I do not believe my work assignment would be essential in your efforts to increase production. Because I can only do light duty work, my work solely dependent upon what other produce. In the past, it has been my experience, that when I have worked at earlier time periods, work has been scarce or make-shift. Thus I believe I am more effective and a greater asset to your efforts toward work improvement where I am.

    In addition, as I have noted previously, your schedule change will cause me great hardship in my family life. I am a single parent who, has had great difficulty securing child care for my 11 year old child. After much effort, I recently obtain the affordable babysitter I needed. However a change in my schedule will adversely affect my current arrangement, and force me to frequently interrupt my child's sleep. This will no doubt negatively affect her school performance.

    Further I am the primary liaison person assisting with the administration of care for my disabled brother, I must be available in order to effectively consult with his doctors and perform in emergencies. My present schedule allows me to do this.

Consequently I am appealing to you to please advise your supervisors of my unique situation to attempt to secure an exception for me on a hardship basis. Please forward these comments. Thanks in advance for your consideration.

Sincerely Your,

*Delois Edmondson*

Delois Edmondson
Tour 3/ PL 340

AFFIDAVIT A

2 of 18

13

cc: Marcus Lyles, senior MDO, Tour 3
    Gregory Incontro, Manager, In-plant Support

AFFIDAVIT A

8 of 18

14

①