Delois Edmondson
5733 The Alameda
Baltimore, Md. 21239

Manager, In-plant Support
Gregory Incontro
MPO, 900 E. Fayettee Street
Baltimore, Maryland 21233

January 3, 1999

Dear Mr. Incontro

    I am requesting a schedule change for a period of one year due to the recent crisis that has occur in my life. I wish to report three hours later than my schedule reporting time. This time change will give me the time I need to get my family crisis under control without causing any interruption in my work week.

    In addition as I stated in my earlier letter to MDO Jackson, I believe I am a greater asset to the postal service on the later shift. ( Please see copy of letter addressed to MDO Jackson for review )

I'm requesting the schedule change to begin in January 1999 and end January 2000.

    I appreciate your prompt consideration and response to this request. Thank you.

Sincerely Your,

*Delois Edmondson*
Delois Edmondson

Tour 3/ PL 340

AFFIDAVIT A