Delois Edmondson
5733 The Alameda
Baltimore, Md. 21239

Manager, In-plant Support
Gregory Incontro
MPO, 900 E. Fayettee Street
Baltimore, Maryland 21233

February 1, 1999

Dear Mr. Incontro,

On January 3, 1999, I submitted a letter to you requesting a schedule change for a period of one year. As of this day February 1, 1999, I have not received a respond to my request, neither from your office or my immediate supervisors. So, I am sending this follow-up letter requesting a written response to my request.

Your speedy response is appreciated. Thank you. I can be contacted at (410) 435-3017

Sincerely Your,

Delois Edmondson
Delois Edmondson
Tour 3/ PL 340

cc: Jerry Lane, Senior Plant manager

AFFIDAVIT A
5 of 18

(3)    //