U.S. Postal Service

# EEO Investigative Affidavit (Witness)

| | Page No. | No. Pages | Case No. |
|---|---|---|---|
| | 1 | 1 | 1K211016299 |

| 1. Affiant's Name (First, Middle, Last) | 2. Employing Postal Facility |
|---|---|
| Vincent Jackson | Linthicum Incoming Mail Facility |

| 3. Position Title | 4. Grade Level | 5. Postal Address and ZIP + 4 | 6. Unit Assigned |
|---|---|---|---|
| Manager, Distribution | EAS-22 | 961 Corporate Boulevard<br>Linthicum    MD  21090-2238 | Proc.& Dist. |

## Privacy Act Notice / USPS Standards of Conduct

Privacy Act Notice. The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

USPS Standards of Conduct. Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

7. Statement (Continue on Form 2569 if additional space is required)

I have been so advised of my right to have a representative and waive my right at this time. At the time of the incident, I was assigned as the Manager, Distribution, Tour 3, for Pay Locations 323-328, 330, and 340. James Brannon (Retired) was the supervisor for Pay Location 330/340, Operation 030/040. Sometime during that period, Operations was responsible for changing the reporting times for employees on the Manual Operation. Employee Delois Edmondson was not the only employee affected by the reporting time changes. I did approve some schedule changes for some employees, including her. I tried to make accommodations when service allowed. There may had been some employees who could not be accommodated because of service issues. However, I cannot remember who was accommodated and who was not accommodated.

| Affiant's Signature | Date |
|---|---|
| [signature] | 1-30-00 |

TransFORM PS Form 2568-B, December 1995