Delois Edmondson
5733 The Alameda
Baltimore, Md. 21239

January 25, 2002

CIVIL ACTION NO
S-01-2887

Frederic N. Smalkin, Chief Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Md. 21201

Dear Honorable Judge Smalkin,

    I am in receipt of your notice for compermation of an attorney. Please be advised that I am still in the process of selecting an attorney, as my first choice recently changed practice. I will provide the required information as soon as a choice is made. Please advise me, if I will be allowed additional time in this regard. Thank in advance for your consideration. I can be reached at (410) 435-3017 or (410) 804-3584

Sincerely,
Delois Edmondson

*Delois Edmondson*