IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
101 W. Lombard Street
Baltimore, Maryland 21201-2691

(410) 962-2600

January 29, 2002

Delois Edmondson
5733 The Alameda
Baltimore, Maryland
21239

Re: *Edmondson v. Potter*, Civil Action No. S-01-2887

Dear Mr. Edmondson:

Your letter to Judge Smalkin was received on January 29, 2002 and forwarded to this Office. Pursuant to the directions of Judge Smalkin, I respond as follows:

You have twice been informed by the Court of: (1) your responsibility to effect service of process on the defendant within 120 days of your filing of the complaint and (2) the requirement that you show the Court that you have effected service by filing an affidavit, postal acknowledgment, or original waiver within that same 120 day period. According to the docket you have fourteen days from January 22, 2002, to make such a showing or risk dismissal of your case.

Your ability or inability to obtain counsel has no bearing on your duty to effect service. It does not excuse you from satisfying that responsibility or toll the 120 day period in question.

I hope this explains matters to you.

_____    01/29/02    _____
U.S. District Judge        Date        Staff Attorney
                                       Pro Se Office

cc:    court file in S-01-2887