IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DELOIS EDMONDSON,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil No.: WDQ-02-2803 |
| **POSTMASTER GENERAL,** | | |
| **U.S. POSTAL SERVICE,** | : | |
| Defendant. | : | |

...oOo...

## DEFENDANT'S MOTION TO STRIKE AFFIDAVITS

John E. Potter, Postmaster General of the United States Postal Service, defendant herein, by his attorneys, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and John W. Sippel, Jr., Assistant United States Attorney for said District, hereby moves to strike the affidavits of Plaintiff and co-workers Gloria Daniels and Bernetta Pride submitted in support of Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment. Defendant's Memorandum in Support is submitted with this Motion.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney


By:_____/s/_____
John W. Sippel, Jr.
Assistant United States Attorney
Federal Bar No. 25484
604 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4807
(410) 962-2310 facsimile

Attorney for Defendant, John E. Potter,
Postmaster General of the United States
Postal Service