IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DELOIS EDMONDSON,** | : | |
| **Plaintiff,** | : | |
| v. | | |
| | : | |
| **JOHN E. POTTER,** | : | Civil No.: WDQ-02-2803 |
| **POSTMASTER GENERAL,** | | |
| **U.S. POSTAL SERVICE,** | : | |
| **Defendant.** | : | |

...oOo...

## ORDER

Upon consideration of Defendant's Motion to Strike Affidavits and any opposition filed thereto, it is the _____ day of _____, 2003

ORDERED that Defendant's Motion to Strike Affidavits is GRANTED.  The affidavits of plaintiff Delois Edmondson, and co-workers Bernetta Pride and Gloria Daniels are hereby struck from the record; and it is further

ORDERED that the Clerk shall mail a copy of this Order to counsel for the parties.


_____
The Honorable William D. Quarles
United States District Judge