## AFFIDAVIT OF _____

I, _Okay Dmed_, solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the aforegoing paper are true.

1.) I am competent to testify.

2.) I am an employee of the United States Post Office at the same facility as Delois Edmondson.

3.) I have worked at the post office at that facility since _1957/11/21_

4.) I worked at the same place as Delois Edmondson during the months of February and March of 1999.

5.) I observed Delois Edmondson working as a light duty clerk during that time.

6.) I observed during this time that on 5 occassions Delois Edmondson was not provided a chair upon which to sit and was given no work to do.

7.) The other employees in her group did not have this problem. These employees were Gloria Daniels, Teresa Brown, Patrice Wright, Audrey Johnson, Sylvia Brooks, Bernett Pride, and Irvin Vincent.

8.) That the other workers in the same position as Delois Edmondson, Gloria Daniels, Teresa Brown, Patrice Wright, Audrey Johnson, Sylvia Brooks, Bernett Pride, and Irvin Vincent had chairs to sit in and work to do while Delois Edmondson had no chair and no work to do.

9.) During this period of time, Adrian Wilson was Delois Edmondson's supervisor.

10.) During this period of time, Vincent Jackson was Adrian Wilson's supervisor.

11.) Delois Edmondson twice requested a chair and work to do from Adrian Wilson and he refused to get her a chair and give her work saying she did not do enough productive work to warrant a chair and that he did not care if she had no work to do.

12.) Adrian Wilson was the supervisor and he prohibited her from sitting in a chair once while allowing the other workers, Gloria Daniels, Teresa Brown, Patrice Wright, Audrey Johnson, Sylvia Brooks, Bernett Pride, and Irvin Vincent, to sit in chairs and do work. Adrian Wilson said she did not have an important enough job to get a chair and to have work to do.

Exhibit 3

13.) On one occassion Delois Edmondson did find a chair, but Adrian Wilson took the chair away from Delois Edmondson when she got up momentarily. When she informed him that she was using that chair, He walked away with the chair.

14.) Because Delois Edmondson had no chair to sit in she was forced to sit in the break room for three hours without any work to do until a chair became available.

_____
Signature

8/7/03
_____
Date