## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DELOIS EDMONDSON,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil No.: WDQ-02-2803 |
| **POSTMASTER GENERAL,** | | |
| **U.S. POSTAL SERVICE,** | : | |
| Defendant. | : | |

...oOo...

### NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 4, an attachment to Defendant's Memorandum in Support of Motion to Strike Affidavits, exists only in paper format and if scanned will be larger than 1.5 MB. Exhibit 4 will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve a paper copy of the document identified above.

          Respectfully submitted,

          Thomas M. DiBiagio
          United States Attorney

Date: <u>October 6, 2003</u>    By:_____/s/_____
            John W. Sippel, Jr.
            Assistant United States Attorney
            Federal Bar No. 25484
            6625 United States Courthouse
            101 West Lombard Street
            Baltimore, Maryland 21201
            (410) 209-4807
            (410) 962-2310 facsimile