# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DELOIS EDMONDSON,               :

       **Plaintiff,**             :

      **v.**                   :      **CIVIL NO. S-02-2803**

**JOHN E. POTTER, Postmaster General,** :
**United States Postal Service,**

       **Defendant.**           :

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S INTERROGATORIES

TO:         JOHN E. POTTER, Postmaster General
              United States Postal Service
              Defendant

FROM:      DELOIS EDMONDSON
              Plaintiff

## INTERROGATORIES

### Interrogatory No. 1:

List all positions which you held prior to commencing employment with the Defendant agency, and, with respect to each such position, state the name and address of the employer; the name and job title of your immediate supervisor; the nature of such employer's business; the dates of such employment; a full description of your responsibilities; your salary during the period of such employment, including fringe and other non-monetary benefits, together with all changes in compensation during the period of your employment; the last date you were employed by an employer other than the

**Exhibit 5**

F.  Joseph C. Lin, M.D., 8903 Harford Road, Baltimore, Maryland 21234, (410)

584-2752, Gastrologist.

**Interrogatory No. 10:**

Identify each person, other than expert witnesses, you intend to call as a witness at

the trial of this case, the subject matter on which each is expected to testify and the

substance of the expected testimony.

**Response No. 10:**

The following persons have personal knowledge and information of the facts in

this case:

A. Gloria Daniels, Light Duty Clerk, Witnessed harassment against Plaintiff and

discussed her situation with her.

B. Patrice Wright, Light Duty Clerk, Witnessed other employees being treated

differently than Plaintiff, particularly with respect to lateness.

C. Kiel Brown, Mail-handler Clerk, Witnessed harassment against Plaintiff,

particularly the conduct of Gregory Incontro, Plant Manager.

D. Abe Bakari, President, AFSCME, Represented Plaintiff and can testify as to

Plaintiff's intention to amend her administrative complaint to include the charges

of race and retaliatory discrimination.  Plaintiff completed a second formal

complaint.  (See annexed).

E. Gloria Drake, Director of Clerk Craft, Union Representative, Witnessed

harassment against Plaintiff, represented Plaintiff, and discussed her situation

with her.

4

I have read the above statement and hereby declare under penalty of perjury that

the foregoing is true and correct to the best of my knowledge, information and belief.

_Delois Edmondson_ (signature)

Delois  Edmondson

Subscribed and Sworn to before
me  on this _____ day of June, 2003.


_____

Notary Public