EQUAL EMPLOYMENT OPPORTUNITY
BALTIMORE, MARYLAND


**UNITED STATES POSTAL SERVICE**

# UNITED STATES POSTAL SERVICE
# EQUAL EMPLOYMENT OPPORTUNITY CASE
# IN THE MATTER OF:

**DELOIS EDMONDSON**
**Complainant,**          )          000906
                          )
                          )          Case Number: 1K-211-0162-99
v.                        )
                          )          Filed On September 13, 1999
William J. Henderson,     )
Postmaster General,       )
Respondent.               )

## TRANSMITTAL OF INVESTIGATIVE FILE

In accordance with Title 29, Code of Federal Regulations, Part 108(f) and (g), you are being notified that the Postal Service has completed the investigation of your formal complaint of discrimination referenced above. Enclosed is a copy of the report of that investigation. At this time you have the right to do either of two things:

> You may request a hearing before an Administrative Judge appointed by the Equal Employment Opportunity Commission within thirty (30) calendar days of the date on which you received this notice, or

> You may request a final agency decision without a hearing.

If you fail affirmatively to make a choice between the two options, the Postal Service will issue a final agency decision. Should you choose not to pursue this complaint, you may sign and date the enclosed PS Form 2565-A and return it to me. For more information on the available options, refer to the reverse side of this notice.

NOTE: If you are represented by an attorney, all time frames are calculated from the date on which your attorney receives the applicable document; e.g. this notice.

900 E FAYETTE ST RM 395
BALTIMORE MD 21233-9411
410-347-4365
FAX: 410-234-8616

Exhibit 1

## EXPLANATION OF OPTIONS

To request a hearing before an Administrative Judge appointed by the Equal Employment Opportunity Commission, you must write to the District Office of the Equal Employment Opportunity Commission, at the address shown below, within thirty calendar days of the date on which you received this notice. Enclosed is a form which the Commission has suggested for requesting a hearing. The correct address to which to send your request for a hearing is:

> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
> CITY CRESCENT BLDG
> 10 S HOWARD ST 3RD FL
> BALTIMORE MD 21201-2518

You must provide me with a copy of your request for a hearing in accordance with Equal Employment Opportunity Commission regulations and because this is the agency's notification to send the investigative report to the Equal Employment Opportunity Commission. Failure to do this will merely delay further processing of your complaint.

Following the hearing, the Administrative Judge will issue a decision, containing findings of fact and conclusions of law, to the Postal Service for consideration and the issuance of its final action. Title 29, Code of Federal Regulations, Part 1614.109(g)(3) also permit the Administrative Judge to issue a decision without holding a hearing or to make such other rulings as are appropriate. The Postal Service has forty (40) days from the date of its receipt of the decision of the Administrative Judge and the associated hearing record, if applicable, within which to decide whether or not to implement the decision. If the Postal Service decides not to implement the decision, it must file an appeal with the Office of Federal Operations of the Equal Employment Opportunity Commission. You will receive a copy of that appeal and any supporting brief and you may file your own response or brief.

If you wish to request a final agency decision without a hearing, you should direct your written request to me at the address shown below within thirty (30) calendar days of the date on which you received this notification. The address to which you should send your request is:

> MANAGER, EEO DISPUTE RESOLUTION
> EEO OFFICE
> US POSTAL SERVICE
> 900 E FAYETTE ST RM 395
> BALTIMORE MD 21233-9411

If you are dissatisfied with the Postal Service's final agency decision or final action implementing a decision of an Administrative Judge, you may file a civil action in an appropriate U. S. District Court within ninety (90) calendar days of the date on which you received that decision or final action. Should you choose to file a civil action, you should name the head of the agency, in this case the Postmaster General, as the defendant. In the alternative, you may file an appeal with the Office of Federal Operations of the Equal Employment Opportunity Commission within thirty (30) calendar days of the date on which you received the decision or final action.

_____         _____9/06/00_____
MANAGER, EEO DISPUTE RESOLUTION                Date

Enclosures

cc: Attorney
    Case File