## DECLARATION OF GLORIA DANIELS

I, Gloria Daniels, having attained the age of majority and being of sound mind, hereby make the following declaration, based upon my personal knowledge and belief:

1. My social security number is ███████. I am employed by the United States Postal Service and have previously rendered an affidavit in connection with a federal lawsuit captioned: Delois Edmondson v. John Potter, Postmaster General of the United States Postal Service, filed in the U.S. District Court for the District of Maryland.

2. I wish to clarify the information that I provided in that affidavit. Although the information contained in my earlier affidavit is essentially true, it is also true that I do not know of any information that would suggest that Delois Edmondson was asked to give up her chair in the Empower Section, to an employee in the 030 Section, for any discriminatory purpose.

3. In fact, I was also asked to give up my chair on occassion, along with other employees in the Empower Section during the same time-frame that Ms. Edmondson was asked to do so.

4. To the best of my knowledge and belief, no employee who was asked to give up their chair in the Empower section, lost any pay or benefits as a result.

5. I make this declaration freely and voluntarily, without coercion from any person.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_9/25/03_
DATE

_Gloria Daniels_
GLORIA DANIELS

**Exhibit 2**