| U.S. Postal Service | | | |
|---|---|---|---|
| **EEO Investigative Affidavit (Complainant)** | Page No. 1 | No. Pages 3 | Case No. 1K211016299 |

| 1. Affiant's Name (First, Middle, Last) | 2. Employing Postal Facility |
|---|---|
| Delois Edmondson | Baltimore District |

| 3. Position Title | 4. Grade Level | 5. Postal Address and ZIP + 4 | 6. Unit Assigned |
|---|---|---|---|
| Clerk | PS-5 | 900 E Fayette St | |

### Privacy Act Notice / USPS Standards of Conduct

Privacy Act Notice. The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et seq. and 701 et seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

USPS Standards of Conduct. Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

**7. Statement (Continue on Form 2569 if additional space is required)**

   I believe I was denied a schedule change because of my physical disability. I am a limited duty clerk who is not allowed to work my assigned limited duty assignment on my tour. I became a problem for management when they was unable to place me in my limited duty assignment. So, in order to resolve this problem, management begin to harass me and deny me my requests for a schedule change, in an attempt to force me off of limited duty.

   In February of 1999, I was denied my third requested for a schedule change, while an other clerk requested for a schedule change was approved. I was never given a reason why my schedule change was denied.

   Management did not accommodate me for a year at the time I requested accommodation, as you can by my copy of my request slip. I am aware of two other clerks on limited duty who have received a schedule change for two years or more. Ms. Brook and Ms. Collosi were given a schedule change for two years or more. Clerk Irenal Collosi was given a tour change for two years or more. She is white. The only reason I can think of why their request was approved and mine was denied is because they have less seniority than I ???

   My physical disability is carpal tunnel. My disability makes me limited in the jobs I am able to do, but it does not interfere with my ability to do the jobs in the area I am assigned to. I did not request a difference tour or difference job. only a later time.

| Affiant's Signature | Date |
|---|---|
| Delois Edmondson | 5/15/2000 |

PS Form 2568-A, December 1995     AFFIDAVIT

| U.S. Postal Service **EEO Investigative Affidavit (Continuation Sheet)** | Page No. | No. Pages | Case No. |
|---|---|---|---|
| | 2 | 3 | 1K211016299 |

Yes, I requested reasonable accommodation. I am not allowed to work my assigned job on my tour only. I even offer to swap time with the woman named in my original complaint, who wanted an earlier reporting time. We both work the same job.

I did not asks for accommodation out side of my limited duty clerk job. The accommodation I requested was within my existing position. The other two clerks were accommodated

I am seeking restatement of my leave I use for the period I was denied a schedule change.

Yes, I am seeking compensatory damages for the time I loss because of my illness, medical expenses, and pain and sufferance.

My injury consisted of me being hospitalized in intensive care for two days, me being treated for depression, hair loss, a stomach ulcer, and a digestive disorder.( which is on going)

I was denied a schedule change at the time I needed it the most, because of the crisis I was having at home. By denying me this schedule change I was put under more stress. If that was not bad enough, I was harassed by management almost every day. ( see included documentation ) " harass or denied "

The health care professional who stated that the condition was cause by the Postal service are the doctor that treated while I was in the hospital. He was the first person to question me about stress on my job and if I was under a lot of stress ( Dr. Magno ) one the general practitioner that was treating me at the time ( Dr. Purcell ) and my psychiatrist ( Dr. Martin )

Affiant's Signature: *Deloris Edmondson*       Date: 5/15/00

TransFORM PS Form 2569, September 1992

| U.S. Postal Service | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **EEO Investigative Affidavit (Continuation Sheet)** | 3 | 3 | 1K211016299 |

My illness begin in December of 1998, but the cause of my illness was not determined until I was taken to the hospital while at work on May 26, 1999, THe doctor in the emergency room request that I have a stress test done because of my blood testes. I was then referred back to my doctor at John Hopkin medical center There I had more test done to rule out any other cause for my illness In August of 1999 After all of my testing was completed, I was then referred to a psychiatrist at pathfinder.

| Affiant's Signature | Date |
|---|---|
| Deborah Edmondson | 5/15/00 |

TransFORM PS Form 2569, September 1992