```
          IN THE UNITED STATES DISTRICT COURT FOR
           THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                              *
DELOIS EDMONDSON,             *

     Plaintiff,               *

v.                            *  CIVIL ACTION NO: WDQ-02-2803

JOHN E. POTTER,               *
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE
                              *
     Defendant.
*    *    *    *    *    *    *    *    *    *    *    *    *    *
*
```

<u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is this 11th day of March, 2004, ORDERED that:

1. The February 20, 2002 Order Dismissing without prejudice Case No. WDQ-01-2887 BE, and hereby is, VACATED;

2. Case No. WDQ-01-2887 BE, and hereby is, REOPENED;

3. Case No. WDQ-01-2887 BE, and hereby is, CONSOLIDATED with Case No. WDQ-02-2803;

4. The Defendant's Motion for Summary Judgment BE, and hereby is, GRANTED;

5. The Defendant's Remaining Motions BE, and hereby are, DENIED as moot;

6.   The Clerk of the Court shall ENTER final judgment for the Defendant;

7.   The Clerk of the Court shall MAIL copies of this Order and the Memorandum Opinion to Defendant and the Plaintiff.

```
                              _____/s/_____
                              William D. Quarles, Jr.
                              United States District Judge
```