IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DELOIS EDMONDSON,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil No.: WDQ-02-2803 |
| **POSTMASTER GENERAL,** | | |
| **U.S. POSTAL SERVICE,** | : | |
| Defendant. | : | |

...oOo...

## ORDER

On March 11, 2004, judgment was entered by this Court in favor of defendant John E. Potter, Postmaster General of the U.S. Postal Service, and against plaintiff Delois Edmondson.

On March __, 2004, counsel for Defendant filed a timely Bill of Costs, Memorandum in Support of Bill of Costs, and Affidavit of John W. Sippel, Jr., verifying necessary and actual expenses pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920 in the amount of **$771.30**. Included in Defendant's request is sufficient documentation. Thus, it appearing that the costs itemized in Defendant's Bill of Costs and the documents accompanying Defendant's Memorandum in Support of Bill of Costs were used in defense of this action, the undersigned shall tax all costs set out therein.

Accordingly, costs are hereby awarded in favor of defendant John E. Potter, Postmaster General of the U.S. Postal Service, and against plaintiff Delois Edmondson in the amount of **$771.30**. The Clerk of the Court shall docket and mail a copy of this Order to all counsel of record.

Dated: _____    _____
FELICIA C. CANNON, CLERK
UNITED STATES DISTRICT COURT