## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DELOIS EDMONDSON, | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| JOHN E. POTTER, | : | Civil No.: WDQ-02-2803 |
| POSTMASTER GENERAL, | | |
| U.S. POSTAL SERVICE, | : | |
| Defendant. | : | |

**...oOo...**

## AFFIDAVIT

1.  I, John W. Sippel, Jr., am an Assistant United States Attorney for the District of Maryland and served as counsel for defendant John E. Potter, Postmaster General of the U.S. Postal Service, in the captioned action.

2.  Attached to this Affidavit as Exhibit A is a summary of the costs identified as recoverable by the prevailing Defendant pursuant to the case law cited in the accompanying Memorandum of Law in Support of Bill of Costs.

3.  Defendant deposed plaintiff Delois Edmondson on May 29, 2003. The total cost incurred by Defendant for this deposition was $527.10.

4.  Plaintiff noted two (2) depositions.  Defendant was required to obtain a copy of the deposition transcripts at the following costs: Gregory P. Incontro was deposed on June 12, 2003 at a cost of $88.80, and Edward V. Jackson was deposed on June 12, 2003 at a cost of $155.40.  The total cost incurred by defendant related to these depositions was $244.20.

**Exhibit 1**

5. Charges for local travel, postage, telecopier, and attorney's fees are not included in the government's requests for costs.

6. The total costs incurred by Defendant in the defense of this matter and being sought in Defendant's Bill of Costs is $771.30.

7. I hereby certify that each of the expenses listed above was fully reasonable and necessary for the defense of this case which was concluded by the Court with a finding in favor of Defendant.

8. I am over the age of eighteen (18) and competent to testify to the matters stated herein. The information stated in this Affidavit is true and accurate to the best of my knowledge, information, and belief.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
John W. Sippel, Jr.
Assistant United States Attorney
Federal Bar No. 25484
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
(410) 209-4807

2

STATE OF MARYLAND          )

                                   )       TO WIT:

COUNTY OF BALTIMORE     )


Subscribed and sworn to before me this 22nd day of March, 2004.


_____

NOTARY PUBLIC


My Commission Expires __11/1/2007__