EXHIBIT A
SUMMARY OF COSTS INCURRED
DELOIS EDMONDSON v. POTTER,
POSTMASTER GENERAL, U.S. POSTAL SERVICE
CIVIL NO.: WDQ-02-2803

| TYPE OF EXPENSE | PAID TO | AMOUNT | DATE PAID |
|---|---|---|---|
| Deposition transcript of Delois Edmondson | For The Record | $527.10 | 07/28/03 |
| Deposition transcripts of Gregory P. Incontro and Edward V. Jackson | Pages Ink | $244.20 | 08/08/03 |

Exhibit A

# Pages Ink
# Court and Conference Reporters

752 West Kingsway Road
Middle River, Maryland  21220
410-574-6420 (tel)
410-574-6443 (fax)
e-mail:  CThomas@Pagesink.net
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

---

**John W. Sippel**
**USDJ**
**United States Department of Justice**
**United States Attorney's Office (DOM)**
**6625 U.S. Courthouse**
**101 West Lombard Street**
**Baltimore, MD  21201-2692**

**Invoice No.** PI3-076
**7/15/2003**
**Phone** 410-209-4807
**FAX** 410-962-2310
**Per  Page:** $1.85
**Pages:** 132

**Ordered**   John W. Sippel

| | | | |
|---|---|---|---|
| Edmondson v. USPS | | Case Type: Deposition | Case No. WDQ02280 |

| Date | Description | | Amount |
|---|---|---|---|
| 6/12/2003 | Copy Sale (Agency)(84) Edward Jackson depo | 84 x $1.85 | 155.40 |
| 6/12/2003 | Copy Sale (Agency)(48) Gregory Incontro depo | 48 x $1.85 | 88.80 |
| | Compressed Transcript with All-Word Index (NC) FREE due to untimeliness of | | 0.00 |

EAJ
8/8/03
30MP02230

| | |
|---|---|
| Line Item Total | 244.20 |
| Misc SubTotal | |
| Invoice Total | **244.20** |
| Paid | |
| Balance Due | **$244.20** |

**Thank you for your patronage.**

```
Page    2
------------                         Vendor Payment Subcert 'B' Report                    ------------
Schedule T                    For Subcertification Number *USAMD8-030731-122615  *         SCHEDULE T
------------                          Printed on 07/31/03 at 12.30.52                     ------------
                                                                              Vendor
Paydate  Barcode   Voucher     Amount    Vendor Name         Vendor Address   Invoice No   Submitter
-------  -------   -------     ------    -----------         --------------   ----------   ---------

03/08/08           30MD02230   244.20 PAGES INK              752 WEST KINGSWAY ROAD   PI3-076     USAMD10
                                                             MIDDLE RIVER, MD 21220


*TOTAL FOR 03/08/08      244.20
Signature for (USAMD8 )  _____ DATE 7/31/03
```



# FOR THE RECORD, INC.

603 Post Office Road, Suite 309
Waldorf, Maryland 20602

Metro (301) 870-8025 • EIN# 52-1748111
Fax: (301) 870-8533

| DATE | INVOICE # |
|---|---|
| 6/30/2003 | 20031637 |

2003 JUL -1  A 11: 11

RECEIVED--MAILROOM
U.S. ATTORNEY'S OFFICE
BALTIMORE, MARYLAND

02-C-0405
DCN 82006

Eltringham, Linda
Garmatz Federal Courthouse
Room 6625
101 West Lombard Street
Baltimore, MD  21201

| JOB NO. | TERMS | DUE | SHIPPED | REP | CASE |
|---|---|---|---|---|---|
| 17987 | | 6/30/2003 | 6/30/2003 | TT | Edmondson |

| ITEM | DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| GJD/10 | Deposition Transcript, O&1, Regular Delivery, 10-day, 5/29/03, Delois Edmondson | 2.85 | 166 | 473.10 |
| GJMINU | Condensed Transcript | 1.00 | 42 | 42.00 |
| GJINDEX | Keyword Index | 1.00 | 11 | 11.00 |
| GJDISK | AUSA Transcript on Diskette | 1.00 | 1 | 1.00 |

PAID
7/28/03
30MD02111

| | Total | $527.10 |
|---|---|---|

*Reasonable attorneys' fees and costs will be assessed when incurred by FTR in collection of this invoice.*
*A 1.5% monthly finance charge (which is an annual percentage rate of 18%) will be applied to all balances outstanding 30 days or longer.*

```
Page     5
-----------                         Vendor Payment Subcert 'B' Report                    -----------
Schedule V               For Subcertification Number *USAMD8-030715-121630  *             SCHEDULE V
-----------                         Printed on 07/15/03 at 12.17.04                       -----------
                                                                             Vendor
Paydate  Barcode   Voucher      Amount   Vendor Name          Vendor Address     Invoice No    Submitter
-------  ---                                                                                   ----

03/07/28


                        30MD02111     527.10  FOR THE RECORD INC    603 POST OFFICE ROAD   20031637    USAMD10
                                                                    SUITE 309
                                                                    WALDORF, MD 20602

*TOTAL FOR 03/07/28        5363.45
Signature for (USAMD8  )  _____  DATE 7/15/03
```