






















UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division
File Number: **CIVIL NO. S-02-2803**

DELOIS EDMONSON *
*
Plaintiff,
*
v. * NOTICE OF APPEAL
*
JACK POTTER, *
POSTMASTER GENERAL
United States Postal Service

Defendant.

---

Notice is hereby given that Delois Edmonson, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the District Court's decision granting Summary Judgment to Defendants and entry of final judgment entered in this action on the 11th day of March, 2004.

Respectfully Submitted,

**Snider & Fischer, LLC.**
Michael J. Snider, Esq.
MD: Bar No. 24695
Morris E. Fischer, Esq.
MD: Bar No. 26286
100 Church Lane
Baltimore, Maryland 21209
410-808-9445 phone
410-358-1621 fax
Attorneys for Plaintiff