JUDGMENT

FILED: December 22, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit


NO. 04-1427
CA-02-2803-1-WDQ

DELOIS EDMONSON

    Plaintiff - Appellant

v.

JACK POTTER, Postmaster General

    Defendant - Appellee

---

Appeal from the United States District Court for the
District of Maryland at Baltimore

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

    A certified copy of this judgment will be provided to the District Court upon issuance of the mandate.  The judgment will take effect upon issuance of the mandate

/s  Patricia S. Connor
_____
CLERK