IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DELOIS EDMONDSON,                          :
    Plaintiff                              :
                                           :
    v.                                     :    CIVIL ACTION NO. WDQ-02-2803
                                           :
JOHN E. POTTER, POSTMASTER                 :
  GENERAL,                            :
    Defendant                              :

## O R D E R

This employment discrimination action resulted in summary judgment granted in favor of Defendant on March 11, 2004. An appeal subsequently was dismissed.

Defendant has filed a timely Bill of Costs pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920, seeking $771.30 in expenses incurred in taking depositions. Defendant has documented all aspects of its Bill of Cost, which is unopposed.

The depositions, which were necessary to the outcome of the case and cited in the dispositive motion, will be taxed, minus $133.20.[1]

In accordance with the foregoing opinion, costs are hereby awarded in favor of Defendant in the amount of $638.10.

**DATED** this ___13th___ day of __January__, 2005.

_____/s/_____
Frances E. Kessler, Chief Deputy Clerk
for: Felicia Cannon, Clerk of the Court

---

[1]    The costs associated with condensed transcripts, a keynote index, and diskettes, incurred during the May 29, 2003 deposition of the Plaintiff–a total of $54.00-- are not recoverable. Furthermore, this district allows only $1.25 per page for deposition copies. Thus the copies of the June 12, 2003 depositions of Edward Jackson and Gregory Incontro will be reduced for a total award of $165.00, rather than the $244.20 sought.