UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
January 19, 2005

No. 04-1427
CA-02-2803-1-WDQ

DELOIS EDMONSON

       Plaintiff - Appellant

v

JACK POTTER, Postmaster General

       Defendant - Appellee

O R D E R

Appellee has filed a bill of costs.

The Court awards $164.00 in costs   An itemized statement of costs is attached to this order.  A certified copy of this order shall issue to the clerk of the district court for inclusion in this Court's mandate.

                      the Court - By Direction

                      Patricia S. Connor
                      _____
                            CLERK

RE: DELOIS EDMONDSON v. JOHN E. POTTER, POSTMASTER GENERAL, U.S. POSTAL SERVICE

**FILED**
JAN 0 6 2005

## BILL OF COSTS


U.S. Court of Appeals
Fourth Circuit

The Clerk is requested to tax the following costs against **Plaintiff/Appellant Delois Edmondson**

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | AMOUNT CLAIMED | AMOUNT TAXED (Court Use ONLY) |
|---|---|---|
| Docketing Fee | | |
| Printing Appendix _____ Pages | | |
| Printing Appellant's Brief _____ Pages | | |
| Printing Appellee's Brief _390_ Pages | $195.00 | $164.00 |
| Printing Appellant's Reply Brief _____ Pages | | |
| Total Amount | $195.00 | $164.00 |

If costs are sought for or against U.S., agency or officer, cite statutory authority. **28 U.S.C. 1920, 2412**

I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action. Service is made upon opposing counsel and a copy of the certificate of service is attached.

DATE: January 5, 2005

SIGNATURE: _(signed)_

FOR (Name of Claiming Party): John E. Potter, Postmaster General, U.S. Postal Service

### Certificate of Service

I certify that on 01/05/2005 [date] I mailed a copy of the bill of costs form to counsel addressed as follows:

Morris E. Fischer, Esquire
Snider & Fischer, L.L.P.
104 Church Lane, Suite 201
Baltimore, Maryland 21208

_(signed)_
Signature