NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

February 14, 2005

MANDATE

Clerk, District Court/Agency

FROM:  Amelia Brandon
       Deputy Clerk

RE: 04-1427 Edmonson v. Potter
    CA-02-2803-1-WDQ

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 12/22/04.

[X] Order and Certified Copy of Judgment
[ ] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[ ] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number

    John Walter Sippel Jr
    Morris Eli Fischer

FILED ____ ENTERED
____ RECEIVED
FEB 16 2005
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY